ROBERT F. KANE (Ca SBN 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA  94102
Telephone:  (415)982-1510
Facsimile:  (415)982-5821

Attorneys for Defendant
AHDI M. NASHASHIBI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No:  CR-05-00395 CRB |
|---|---|
| Plaintiff, | **STIPULATION TO EXONERATE BOND OF AHDI M. NASHASHIBI AND RECONVEY REAL PROPERTY SECURITY AND RETURN PASSPORTS AND ORDER** |
| vs. | |
| YOUNG JOON YANG, et al. | |
| Defendants. | |

**STIPULATION**

Whereas, Ahdi M. Nashashibi was named as a defendant in the above entitled action.

And whereas, as a condition of Mr. Nashashibi's release from custody, on July 1, 2005, the Court ordered Mr. Nashashibi to surrender his passports to the Court and to post as security the real property located at 550-560 Divisadero Street in San Francisco.

And whereas, on July 1, 2005, Mr. Nashashibi surrendered his passports to the Court.

1

ORDER MODIFYING CONDITIONS OF RELEASE

1  And whereas, Ibtisam Nashashibi, Mr. Nashashibi's wife served as a third-party surety on Mr. Nashashibi's bail bond.

And whereas, on August 29, 2005, Mr. Nashashibi and Mrs. Nashashibi, as trustees of the Nashashibi Family Trust pledged and thereafter recorded the deed of trust as security for Mr. Nashashibi's release, copies of which are attached hereto as Exhibit A.

And whereas, on January 30, 20006, this Court dismissed the indictment as to Mr. Nashashibi.

Therefore, it is stipulated between the parties that the deed of trust given as security on the real property located at 5 Divisadero is to be reconveyed to the Nashashibi Family Trust pursuant to the deed of recoveyance attached hereto as Exhibit B and to execute any other documents necessary to accomplish the foregoing, Mr. Nashashibi's passports are to be returned to him and Mr. Nashashibi's bail is exonerated and Mrs. Nashashibi is discharged as third-party surety on his bail bond.

KEVIN V. RYAN
United States Attorney

_____ 3/31/06
By Monica Fernandez
Assistant United State Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

LAW OFFICES OF ROBERT F. KANE

_____ 4/3/06
By Robert F. Kane
Attorney for Defendant
AHDI NASHASHIBI

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING, it is hereby ordered that upon presentation of this

Order, the Clerk of the Court shall:

1. Return Ahdi Nashashibi's passports to him or to his counsel, Robert F. Kane.

2. Take all necessary steps and complete all documents to reconvey the deed of trust given on 550-560 Divisadero back to the Nashashibi Family Trust, including duly executing the reconveyance a copy of which is attached hereto as Exhibit B.

3. Ahdi Nashashibi's bail is exonerated.

4. Ibstisam Nashashibi is discharged as third-party surety on his bail bond.

DATED: April 7, 2006

_____
UNITED STATES DISTRICT JUDGE

RECORDING REQUESTED BY

Robert F. Kane

AND WHEN RECORDED MAIL THIS DEED AND, UNLESS OTHERWISE SHOWN BELOW, MAIL TAX STATEMENT TO:

NAME: Richard W. Wieking, Clerk
STREET ADDRESS: United States District Court
Northern District of California
CITY, STATE & ZIP CODE: 450 Golden Gate Avenue
San Francisco, CA 94102

TITLE ORDER NO. _____ ESCROW NO. _____

CONFORMED COPY of document recorded on,
09/08/2005, 2005I026611
_____ as No. _____ at _____
This document has not been compared with the original.
SAN FRANCISCO ASSESSOR RECORDER

SPACE ABOVE THIS LINE FOR RECORDER'S USE

### SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS (With Future Borrowing Clause)
incorporating by reference certain provisions of a fictitious deed of trust of record

This Deed of Trust, Made this _____ day of August, 2005, between

AHDI M. NASHASHIBI AND IBTISAM NASHABHISI AS TRUSTEES OF THE NASHASHIBI FAMILY TRUST, herein called TRUSTOR,

whose address is 99 Magellan, San Francisco, CA 94116
(Number and Street) (City) (State) (Zip)

CLERK, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA    herein called TRUSTEE, and

CLERK, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA    herein called BENEFICIARY.

WITNESSETH: That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE, that property in SAN FRANCISCO    County, California, described as:

550 - 560 Divisadero Street more particularly described in Exhibit A as attached hereto

APN # 1203 - 37

FOR BAIL RELEASE FOR AHDI M. NASHASHIBI, U.S. V. YANG, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, NO. 05-00395

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits.
For the Purpose of Securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein. 2. Payment of the indebtedness evidenced by one promissory note of even date herewith, and any extension or renewal thereof, in the principal sum of $ 2,500,000.00 executed by Trustor in favor of Beneficiary or order. 3. Payment of such further sums as the then record owner of said property hereafter may borrow from Beneficiary, when evidenced by another note (or notes) reciting it is so secured.
To protect the Security of This Deed of Trust, Trustor Agrees: By the execution and delivery of this Deed of Trust and the note secured hereby, that provisions (1) to (14), inclusive, of the fictitious deed of trust recorded June 1, 1953, in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, viz.:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 7043 | 119 | Kings | 558 | 124 | Placer | 629 | 311 | Sierra | 6 | 1 |
| Alpine | G | 65 | Lake | 235 | 108 | Plumas | 64 | 277 | Siskiyou | 315 | 114 |
| Amador | 52 | 393 | Lassen | 90 | 305 | Riverside | 1477 | 255 | Solano | 670 | 214 |
| Butte | 675 | 4 | Los Angeles | 41866 | 80 | Sacramento | 2420 | 317 | Sonoma | 1210 | 616 |
| Calaveras | 81 | 369 | Madera | 582 | 315 | San Benito | 196 | 295 | Stanislaus | 1154 | 443 |
| Colusa | 198 | 142 | Marin | 808 | 420 | San Bernardino | 3179 | 87 | Sutter | 397 | 248 |
| Contra Costa | 2133 | 208 | Mariposa | 43 | 242 | San Diego | 4874 | 512 | Tehama | 244 | 379 |
| Del Norte | 37 | 241 | Mendocino | 345 | 92 | San Francisco | 6165 | 282 | Trinity | 52 | 167 |
| El Dorado | 325 | 506 | Merced | 1110 | 55 | San Joaquin | 1528 | 314 | Tulare | 1679 | 106 |
| Fresno | 3313 | 673 | Modoc | 109 | 221 | San Luis Obispo | 712 | 43 | Tuolumne | 62 | 47 |
| Glenn | 295 | 536 | Mono | 30 | 343 | San Mateo | 2425 | 243 | Ventura | 1137 | 136 |
| Humboldt | 252 | 449 | Monterey | 1458 | 561 | Santa Barbara | 1156 | | Yolo | 395 | 302 |
| Imperial | 862 | 639 | Napa | 415 | 331 | Santa Clara | 2627 | 445 | Yuba | 179 | 259 |
| Inyo | 103 | 83 | Nevada | 186 | 337 | Santa Cruz | 916 | 153 | | | |
| Kern | 2070 | 417 | Orange | 2512 | 500 | Shasta | 402 | 1 | | | |

(which provisions, identical in all counties, are printed on pages 3 & 4 hereof) hereby are adopted and incorporated herein and made a part hereof as fully as though set forth herein at length; that he will observe and perform said provisions; and that the references to property, obligations, and parties in said provisions shall be construed to refer to the property, obligations, and parties set forth in this Deed of Trust.
The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

MAIL TAX STATEMENTS TO:
Ibtisam Nashashibi
Ahdi M. Nashashibi, Trustee
Nashashibi Family Trust
99 Magellan Ave.
San Francisco, CA 94116

Signature of Trustor
/s/ Ibtisam Nashashibi
/s/ Ahdi Nashashibi

WOLCOTTS FORM 822 - rev. 4-94b (price class 2C)
SHORT FORM DEED OF TRUST                                                        ©1994 WOLCOTTS FORMS, INC.
Before you use this form, fill in all blanks, and make whatever changes are appropriate and necessary to your particular transaction. Consult a lawyer if you doubt the form's fitness for your purpose and use. Wolcotts makes no representation or warranty, express or implied, with respect to the merchantability or fitness

State of California
County of San Francisco

On August 29, 2005 before me, Preciosa Guinto Malinis
(DATE) (NAME/TITLE OF OFFICER-I.E. "JANE DOE, NOTARY PUBLIC")
personally appeared Ibtisam Nashashibi and
(NAME(S) OF SIGNER(S))
Ahdi Nashashibi

☑ personally known to me -OR- ☐ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowl-edged to me that he/she/ they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

(SIGNATURE OF NOTARY)

PRECIOSA GUINTO MALINIS
Commission # 1392749
Notary Public - California
San Francisco County
My Comm. Expires Jan 6, 2007

RIGHT THUMBPRINT (Optional)

RIGHT THUMBPRINT (Optional)

CAPACITY CLAIMED BY SIGNER(S)
☐ INDIVIDUAL(S)
☐ CORPORATE
 OFFICERS
  (TITLES)
☐ PARTNER(S) ☐ LIMITED
  ☐ GENERAL
☐ ATTORNEY IN FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER_____

SIGNER IS REPRESENTING:
(NAME OF PERSON(S) OR ENTITY(IES)):

EXHIBIT "A" TO THE DEED OF TRUST

BEGINNING at the point of intersection of the southerly line of Hayes Street and the easterly line of Divisadero Street; running thence southerly and along said line of Divisadero Street 75 feet; thence at a right angle easterly 87 feet and 6 inches; thence at a right angle northerly 75 feet to the southerly line of Hayes Street; thence at a right angle westerly along said line of Hayes Street 87 feet and 6 inches; to the point of beginning.

BEING Part of Western Addition Block No. 446.

OBLIGATION

We, the undersigned, represent that (1) we are the trustees and settlors of the Nashashibi Family Trust which owns the property pledged in the attached Deed of Trust; (2) the consideration for which said Deed of Trust is pledged as security is for the release of defendant Ahdi M. Nashashibi on bail, ordered in the amount of $2,500,000.00 (Two Million Five Hundred Thousand Dollars) in *United States v. Young Juon Yang*, CR. NO. 05-00395, U.S. District Court, Northern District of California; (3) WE FULLY UNDERSTAND THAT IF THE DEFENDANT FAILS TO COMPLY WITH THE TERMS OF THE BAIL ORDER, OUR PROPERTY WILL BE FORECLOSED AND WE WILL LOSE OUR PROPERTY; (4) in the event bail is exonerated in said matter, said beneficiary of the Deed of Trust is authorized and requested to execute and acknowledge the Substitution of Trustee and Reconveyance document also attached hereto; (5) in the event bail is forfeited for failure to comply with the terms of the bail order, said beneficiary is authorized to request the trustee under the Deed of Trust to proceed with foreclosure under the terms of the Deed of Trust and to submit this document together with the order forfeiting bail and the Deed of Trust as conclusive evidence of default.

Dated: 8/29/05

_____
AHDI M. NASHASHIBI

Dated: 8/29/05

_____
IBTISAM NASHASHIBI

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO

Name Robert F. Kane, Esq.
Street Address 870 Market Street, Ste.1128
City,State Zip San Francisco, CA 94102

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# FULL RECONVEYANCE

Financial Title Company, a California corporation, as Trustee, or Successor Trustee, or Substituted Trustee, under Deed of Trust dated __August 25, 2005__
EXECUTED BY __Ahdi M. Nashashibi and Ibtisam Nashashibi as trustee of the Nashashibi Family Trust__ _____, Trustor,

and recorded as Instrument No. __20051026611__, on __September 8, 2005__
in Book _____, Page _____ of Official Records in the Office of the Recorder of __San Francisco__ County, California,

having been requested in writing by the holder of the obligation secured by said Deed of Trust, to reconvey the estate granted to Trustee under said Deed of Trust, does hereby reconvey to the person or persons legally entitled thereto, without warranty, all the estate, title and interest acquired by Trustee under said Deed of Trust.

IN WITNESS WHEREOF, said __Clerk, United States District Court of the Northern District of California__, trustee, has caused its corporate name and seal to be hereto affixed by its duly authorized officer.

STATE OF CALIFORNIA
COUNTY OF _____  S.S.

On _____ before me,

_____

Notary Public, personally appeared

_____

Authorized Signature

_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s), acted, executed the instrument.

WITNESS my hand and official seal.

Signature_____

(This area for official notorial seal)

